# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**ROBERT LEE BURNS,**

    **Plaintiff,**

**v.**           Case No. 4:22-cv-196-AW-MAF

**LEON COUNTY, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's Report and Recommendation. ECF No. 5. There has been no objection. I have determined the Report and Recommendation should be adopted. It is now ORDERED:

1. The Report and Recommendation (ECF No. 5) is adopted and incorporated into this order.

2. The clerk will enter a judgment that says, "This case is dismissed without prejudice for failure to comply with a court order and failure to prosecute."

3. The clerk will then close the file.

SO ORDERED on August 4, 2022.

                              s/ *Allen Winsor*
                              United States District Judge